**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1019**

ROSARIO A. FIORANI, JR.,

Plaintiff - Appellant,

versus

ALBERT J. LOWRY, Personally, and as agent for
IMPERIAL FINANCIAL SERVICES, INCORPORATED,
Previously EAI and ES, L.L.C.; BRADLEY LOUIS
BOOKE, Esquire,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:06-cv-
02878-RWT)

Submitted:  July 25, 2007          Decided:  August 16, 2007

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rosario A. Fiorani, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order dismissing his civil complaint. In his informal and supplemental briefs on appeal, Fiorani failed to address the district court's conclusion that his action was barred by the doctrine of res judicata. Accordingly, Fiorani has waived appellate review of that issue. See 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED